ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 19 2001

at 11 o'clock and __ min __
WALTER A.Y.H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MISC 01-00151SOM-BMK |
| Plaintiff(s), | ) | |
| vs. | ) | PEOPLES REPUBLIC OF CHINA PASSPORT |
| LIN LIN, | ) | |
| Defendant(s). | ) | EXPIRATION DATE: 23/AUG/2005 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at __ o'clock and 20 min __ M
SUE BEITIA, CLERK

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 14 9999890 issued at FUJIAN, on 24/AUG/2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 19, 2001, by Michael Beverford (3rd party custodian) and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:      08/APR/1982

Place of Birth:     FUJIAN

Dated at Honolulu, Hawaii on October 19, 2001.

WALTER A.Y.H. CHINN, Clerk

By: _____
         Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 08-09-06          Signature: _____
                                        Owner of Passport